AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
## for the
District of New Mexico

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) |
| Rodolfo Rene LEY | ) Case No. |
| | ) |
| | ) |
| | ) |
| _Defendant(s)_ | ) |

*FILED*
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
MAY 16 2016 *pr*
MATTHEW J. DYKMAN
CLERK

*16 mj 2265*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of ___5/13/2016___ in the county of Bernalillo ___in the
Judicial ___ District of New Mexico ___, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 841 (a)(1), (b)(1)(A) | Possession of one kilogram or more of Heroin With Intent to Distribute |

This criminal complaint is based on these facts:

### \*\*\*   SEE ATTACHED AFFIDAVIT   \*\*\*

☑ Continued on the attached sheet.

_____
_Complainant's signature_

Jarrell W. Perry, Special Agent DEA
_Printed name and title_

Sworn to before me and signed in my presence.

Date: **05-15-2016**

City and state: Albuquerque, New Mexico

_____
_Judge's signature_

Steven C. Yarbrough, US Magistrate Judge
_Printed name and title_

\* Signed at the direction of Steven
C. Yarbrough on 05-16-2016 @
9:00 am by S/A Perry.

**AFFIDAVIT**

On May 13, 2016,  Drug Enforcement Administration (DEA) Special Agent (S/A) Jarrell W. Perry, DEA S/A Gerald Maestas and DEA Task Force Officer (TFO) Clarence Davis were at the Amtrak Train Station, 320 First Street, Albuquerque, New Mexico to meet the eastbound Amtrak Train which makes a regularly scheduled stop in Albuquerque, New Mexico.

S/A Perry approached a male, later identified as Rodolfo Rene LEY, who was sitting in his respective seat in the coach section of the Amtrak Train.  S/A Perry displayed his DEA badge to LEY, identified himself as a police officer to LEY, asked for and received permission to speak with LEY.   After a short conversation, S/A Perry asked for and received permission from LEY to search his person for contraband.  A consensual search of LEY's person revealed a hard-like, oblong shaped bundle inside of LEY's jeans lying in his lower midsection.  S/A Perry immediately knew from his experience that the hard-like, oblong shaped bundle was consistent with other bundles of illegal narcotics that S/A Perry had observed concealed on passengers bodies in the past which contained illegal narcotics.

S/A Perry handcuffed LEY, thus placing him under arrest.  LEY was removed from the Amtrak Train and transported to the Drug Enforcement Administration (DEA) Albuquerque District Office (ADO).

At the DEA ADO, S/A Perry and S/A Maestas removed a total of three clear plastic wrapped bundles from LEY's lower midsection.  S/A Perry and TFO Davis cut into two of the clear plastic wrapped bundles, which revealed a tan colored powdery substance. S/A Perry and TFO Davis weighed the three bundles for a total weight of approximately 1.00 gross kilograms.  S/A Perry knew from his experience that this amount is consistent with distribution rather than a personal use amount.  S/A Perry and TFO Davis field-tested the tan colored powdery substance from one of the bundles, which produced a positive reaction for the presence of heroin.

This affidavit is submitted for the limited purpose of providing probable cause to support the attached criminal complaint.

_____
Jarrell W. Perry
Special Agent
Drug Enforcement Administration

_____
United States Magistrate Judge
Steven C. Yarbrough
*Signed at the direction of
US Magistrate Judge Steven C.
Yarbrough on 05-16-2016 @
9:00 am by S/A Perry.